NO. WR-83,440-01

CAUSE No. B18043-0905

83,440-01

EX PARTE

Petronilo Alcala Martinez

In the 242nd
District court of
Hale County, Texas

RE: Order from court of criminal Appeals of Texas
Dated: July 29, 2015

Dear, Honorable Justices of said court:

If it pleases the honorable court, Applicant is writing In regards to the Above styled Causes. This honorable court sat out the order on or About July 29, 2015, To The Trial court in The 242nd District court of Hale County TX As of October 29, 2015. (End of 90 days) Applicant has **not** received Any Type of response from The Trial Court, or states Attorney, or Trial Counsel. The Aforementioned has yet to comply with said order And Applicant is writing to find out status of cause. Applicant is Asking this honorable court To intervene And find out status please. Thank you.

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 02 2015

Abel Acosta, Clerk

Respectfully,
Petronilo Alcala Martinez
1787690
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102